# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**UNITED STATES OF AMERICA**

v.                                        **CRIMINAL NO. 4:21-cr-92-NBB-JMV-1**

**CLARENCE LAMAR BUCK**

## ORDER SUBSTITUTING COUNSEL

The Federal Public Defender has moved for an order substituting counsel in the above-styled and numbered cause due to a potential conflict of interest. The Office of the Federal Public Defender contacted **Paul A. Chiniche** on **August 17, 2022,** who agreed to be appointed as counsel to represent this defendant in his cause to eliminate any possibility of a conflict of interest and **Paul A. Chiniche** agreed to be substituted as counsel for the defendant.

Therefore, IT IS HEREBY ORDERED AND ADJUDGED that:

The Office of the Federal Public Defender is hereby released from the obligation of the representation of this defendant and any other responsibilities concerning the above-styled and numbered cause and that **Paul A. Chiniche** hereby substituted as counsel of record for the defendant in this cause.

IT IS SO ORDERED this the 17th day of August, 2022.

                                                   /s/ Jane M. Virden
                                                   UNITED STATES MAGISTRATE JUDGE